UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>SNOWDEN, et al.,<br><br>    Defendants. | No. 2:15-cv-1167 TLN AC P<br><br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C § 1983. On November 7, 2017, the court found that appointment of counsel for plaintiff is warranted and referred the case to the court's Alternative Dispute Resolution Coordinator to attempt to locate pro bono counsel to represent plaintiff. See ECF No. 45. Donald A. Lancaster, Jr. has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Donald A. Lancaster, Jr. is appointed as counsel in the above-entitled matter.
2. Appointed counsel shall notify Sujean Park at 916- 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

////

////

1

3. The Clerk of Court is directed to serve a copy of this order upon Donald A. Lancaster, Jr., The Lancaster Law Group, 1101 Marina Village Parkway, Suite 201, Alameda, CA 94501.

IT IS SO ORDERED.

DATED: November 27, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE