1 | XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2 | PHILLIP L. ARTHUR, State Bar No. 238339
Supervising Deputy Attorney General
3 | ANDREA R. SLOAN, State Bar No. 265421
Deputy Attorney General
4 | 1300 I Street, Suite 125
P.O. Box 944255
5 | Sacramento, CA 94244-2550
Telephone: (916) 210-7362
6 | Fax: (916) 324-5205
E-mail: Andrea.Sloan@doj.ca.gov
7 | *Attorneys for Defendants Snowden, Compton, Larios, Seaton, and Vance*

8

9 | DONALD AQUINAS LANCASTER, JR., MPA, ESQ.
The Lancaster Law Group, APC
10 | 1101 Marina Village Parkway, Suite 201
Alameda, CA 94501
(510) 330-4592
11 | *Attorneys for Plaintiff Mitchell*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL JEROME MITCHELL,**<br><br>Plaintiff,<br><br>v.<br><br>**SNOWDEN, et al.,**<br><br>Defendants. | Case No. 2:15-cv-01167-AC (PC)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO OPPOSE BRIEF *re* EQUITABLE TOLLING AND FOR PLAINTIFF TO REPLY**<br><br>Judge: The Honorable Allison Claire<br>Action Filed: May 29, 2015 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendants Vance, Seaton, Larios, Snowden, and Compton may have additional time within which to respond to Plaintiff's opening brief regarding equitable tolling and for Plaintiff Mitchell to file a reply thereto.

Therefore, the last day for Defendants to file a response to Plaintiff's brief *re* equitable tolling is May 14, 2018. The last day for Plaintiff to file a reply is June 4, 2018.

Good cause exists for this extension as defense counsel has multiple deadlines in other unrelated matters and has only been assigned to this case since March 5, 2018. A fully briefed response will require counsel to review years of pleadings, medical records, and prison documents.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: April 25, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PHILLIP L. ARTHUR
Supervising Deputy Attorney General

*/s/ Andrea R. Sloan*

ANDREA R. SLOAN
Deputy Attorney General
*Attorneys for Defendants Snowden, Compton, Larios, Seaton, and Vance*

Dated: April 24, 2018

*/s/ Donald Aquinas Lancaster, Jr.*
DONALD AQUINAS LANCASTER, JR., MPA, ESQ.
THE LANCASTER LAW GROUP, APC
*Attorneys for Plaintiff Mitchell*

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Defendants shall file a response to Plaintiff's brief *re* equitable tolling no later than **May 14, 2018**. Plaintiff shall file his reply brief no later than **June 4, 2018**.

Dated: April 26, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE